# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160002

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN THOMAS VAYKO,
      Defendant-Appellant.

SC: 160002
COA: 347344
Washtenaw CC: 15-000267-FH

_____/

On order of the Court, the application for leave to appeal the June 6, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



b0420

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk